HMK/jb FS-7851

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAN FERROSTAAL, INC.,

              Plaintiff,                07 CIV 5835 (WHP)(KNF)
                                                   ECF CASE
    -against-

M/V DUBAI JEWEL, her engines, boilers,      **RULE 7.1 STATEMENT**
tackle, etc., JEWEL MARITIME LTD.,
OASIS SHIP MANAGEMENT LLC,
OASIS MARITIME SERVICES LLC,
SM CHINA CO., LTD.

              Defendants.
-----------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: June 11, 2007

                                                 KINGSLEY, KINGSLEY & CALKINS
                                                 Attorneys for Plaintiff

                                                 BY:___/S/_____
                                                  HAROLD M. KINGSLEY
                                                  91 W. Cherry Street
                                                 Hicksville, New York 11801
                                                 (516) 931-0064