UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.,<br><br>                Plaintiff,<br><br>-V-<br><br>M/V DUBAI JEWEL, her engines, boilers, tackle, etc., JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, OASIS MARITIME SERVICES LLC, SM CHINA., LTD | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 5835 (WHP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**27th day of June, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20th day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 894 482**

                                                                                                                       CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 21, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street

Re: ___C., v. M/V DUBAI JEWEL, et al.

[Receipt for Registered Mail — PS Form 3806]

Registered No. RB432894482US
Reg. Fee $10.1
Handling Charge $0.00
Postage $1.80
Return Receipt $2.15
Restricted Delivery $0.00
Date Stamp: 0004 05 06/27/07
Customer Must Declare Full Value $0.00  Without Postal Insurance

FROM:
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801

Our Ref. FS 7865

TO:
OASIS SHIP MANAGEMENT LLC
P.O. BOX 31640
DUBAI, UNITED ARAB EMIRATES

...d Complaint on the following
...eral Rules of Civil Procedure

... LLC.

...s

Very truly yours,

[signature]

Encl.