UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAN FERROSTAAL, INC., <br><br> Plaintiff, <br><br> -V- <br><br> M/V DUBAI JEWEL, her engines, boilers, tackle, etc., JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, OASIS MARITIME SERVICES LLC, SM CHINA.,LTD | **CERTIFICATE OF MAILING** <br><br><br><br> 07 CV 5835 (WHP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**27th day of June, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20th day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 894 479**

CLERK

Dated: New York, NY

## *Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 21, 2007

Clerk of the Court
United States District Court
Southern District of New York

---

| Registered No. | | Date Stamp | |
|---|---|---|---|
| RB632894479US | | | |
| Reg. Fee $ $10.15 | | 0004 | |
| Handling Charge $ $0.00 | Return Receipt $ $2.15 | 05 | |
| Postage $ $1.80 | Restricted Delivery $ $0.00 | 06/27/07 | |
| Received by | | | |
| Customer Must Declare Full Value $ $0.00 | With Postal Insurance / Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | |

FROM: KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
Our Ref: FS 7865

TO: SM CHINA CO. LTD
Hongkong New World Tower No. 300
Huaihai Zhong Road, Shanghai
20021 China

PS Form **3806**, Receipt for Registered Mail    Copy 1 - Customer
June 2002    (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

---

..., v. M/V DUBAI JEWEL, et al.

...nd Complaint on the following
...deral Rules of Civil Procedure

...r No. 300,
...ghai 20021 China

Very truly yours,

HMK/mhb
Encl.