UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

Plaintiff,

-V-

M/V DUBAI JEWEL, her engines,boilers, tackle, etc.,
JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT
LLC, OASIS MARITIME SERVICES LLC, SM
CHINA.,LTD

---

**CERTIFICATE OF MAILING**

07 CV 5835 (WHP)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**27th day of June, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20th day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 894 496**

_____
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins

### ATTORNEYS AT LAW

### Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

———

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

———

KEVIN T. MURTAGH

June 21, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  MAN FERROSTAAL, INC., v. M/V DUBAI JEWEL, et al.
07 CIV 5835 (WHP)



Complaint on the following
al Rules of Civil Procedure

Very truly yours,

For delivery information, visit our website at *www.usps.com* ®