UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

Plaintiff,

V.

M/VDUBAI JEWL, her engines, boilers, tackle, etc., JEWEL
MARITIME LTD., OASIS SHIP MANAGEMENT LLC,
OASIS MARITIME SERVICES, SM CHINA CO., LTD.

Defendants.

**CERTIFICATE OF MAILING**



07 CV 5835(WHP)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17ᵗʰDay of August, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20ᵀᴴ Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 311 345

_J. Michael McMahon_
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

———

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

August 10, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  MAN FERROSTAAL, INC., v. M/V DUBAI JEWEL, *et al.*



Si

de                                                                            aint on the following
Rı                                                                            s of Civil Procedure

| Registered No. RB596311345US | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $10.15 | | | | 0004 |
| Handling Charge $0.00 | | Return Receipt $2.15 | | 05 |
| Postage $1.80 | | Restricted Delivery $0.00 | | 08/17/07 |
| Received by | | | | |

Customer Must Declare Full Value $$0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

FROM
KINGSLEY KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, NY 11801

MS 7908
CN China

TO
SM CHINA CO., LTD., SUITE 2302
HONGKONG NEW WORLD TRADE TOWER
No 300 HUAIHAI ZHONG ROAD
SHANGHAI 20021 CHINA

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)
For domestic delivery information. visit our website at *www.usps.com* ®
Copy 1 - Customer
*(See Information on Reverse)*

/ truly yours,

HℓL

Enc.