9042/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

Attorneys for Defendant SM China Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.

                    Plaintiffs,

- against -

M/V DUBAI JEWEL, her engines, boilers, tackle, etc., JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, OASIS MARITIME SERVICES LLC, SM CHINA CO., LTD.

                    Defendants.

07 Civ. 5835 (WHP) (KNF)

**RULE 7.1 STATEMENT**

---

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant, SM China Co., Ltd., certify upon information and belief that SM China Co. Ltd. is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       November 7, 2007

                              Respectfully submitted,
                              CICHANOWICZ, CALLAN, KEANE,
                              VENGROW & TEXTOR, LLP
                              Attorneys for Defendant SM China Co. Ltd.

                              By: s/ Randolph H. Donatelli
                                  Randolph H. Donatelli (RHD/5359)
                              61 Broadway, Suite 3000
                              New York, New York 10006
                              (212) 344-7042