9042/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

Attorneys for Defendant SM China Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.<br><br>         Plaintiffs,<br><br>- against -<br><br>M/V DUBAI JEWEL, her engines, boilers, tackle, etc., JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, OASIS MARITIME SERVICES LLC, SM CHINA CO., LTD.<br><br>         Defendants. | 07 Civ. 5835 (WHP) (KNF)<br><br>**ANSWER** |

Defendant SM China Co. Ltd. ("SM China"), by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, answering the plaintiff's complaint, alleges upon information and belief as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

3. Admits that SM China was a charterer of the vessel, but except as so specifically admitted, denies the allegations of paragraph 3.

4. Denies the allegations of paragraph 4.

5. Denies the allegations of paragraph 5.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6.

7. Denies the allegations of paragraph 7.

8. Denies the allegations of paragraph 8.

## AS AND FOR AFFIRMATIVE DEFENSES TO ALL CLAIMS, SM CHINA ALLEGES UPON INFORMATION AND BELIEF AS FOLLOWS

9. Repeat and reallege each and every admission, denial and denial of knowledge or information hereinabove set forth, with the same force and effect as if herein repeated and set forth at length.

### FIRST AFFIRMATIVE DEFENSE

10. The shipments were subject to all the terms, conditions and exceptions contained in certain bills of lading and/or charter parties issued therefor for which the shippers, owners, consignees or holders of said bills of lading and/or charter parties agreed to be bound and are bound.

### SECOND AFFIRMATIVE DEFENSE

11. Any loss and/or damage to the above shipments was due to causes for which SM China is not liable or responsible by virtue of the provisions the applicable Carriage of Goods by Sea Act and/or Harter Act and/or general maritime law.

### THIRD AFFIRMATIVE DEFENSE

12. Plaintiff failed to mitigate its damages.

### FOURTH AFFIRMATIVE DEFENSE

13. Any damage to and/or loss of the shipments was caused by or due to the acts, omissions, fault or neglect of the owners of the shipment, the shippers or receivers

and their agents or the nature of the shipment, including inherent vice, or resulted from the acts, omissions, fault or neglect of other persons or entities for which SM China Co. is neither responsible nor liable.

### FIFTH AFFIRMATIVE DEFENSE

14. Insufficiency of service of process.

### SIXTH AFFIRMATIVE DEFENSE

15. This court lacks subject matter jurisdiction under the Foreign Sovereign Immunities Act, and SM China preserves all defenses under said Act.

WHEREFORE, SM China prays for:

(a) An order dismissing plaintiff's complaint;

(b) An award of all costs including attorneys' fees; and

(c) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
November 7, 2007

                Respectfully submitted,

                CICHANOWICZ, CALLAN, KEANE,
                VENGROW & TEXTOR, LLP
                Attorneys for Defendant SM China Co. Ltd.

                By: s/ Randolph H. Donatelli
                    Randolph H. Donatelli (RHD-5359)
                61 Broadway, Suite 3000
                New York, New York 10006-2802
                (212) 344-7042

To:    Kingsley, Kingsley & Calkins
        91 West Cherry Street
        Hicksville, New York 11801
        (516) 931-0064

        Lyons & Flood

65 W. 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

- 4 -

## CERTIFICATE OF SERVICE BY ECF AND U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On November 7, 2007, I served a complete copy of Defendant SM China Co. Ltd.'s Answer by ECF and U.S. Mail to the following attorney at their ECF registered address and by regular U.S. Mail at the following address:

To:   Kingsley, Kingsley & Calkins
      91 West Cherry Street
      Hicksville, New York 11801
      (516) 931-0064

      Lyons & Flood
      65 W. 36th Street, 7th Floor
      New York, New York 10018
      (212) 594-2400

*Jennifer Scianna*
Jennifer Scianna

DATED:   New York, New York
         November 7, 2007