```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: 11/13/07             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MAN FERROSTAAL, INC.,                               :

                  Plaintiff,         :

      -against-                                  :

M/V DUBAI JEWEL et al,                              :

                  Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 5835 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

Counsel for all parties having appeared before this Court for a pre-trial conference on November 9, 2007, the following schedule is established on consent of the parties:

1.    The parties shall complete all discovery by April 30, 2008;

2.    The parties shall submit a joint-pre trial order in accord with this Court's Individual Rules and Practices by May 30, 2008; and

3.    A final pre-trial conference shall be held on June 6, 2008 at 10:30 a.m.

Dated: November 9, 2007
      New York, New York

                  SO ORDERED:

                  WILLIAM H. PAULEY III
                  U.S.D.J.

-1-

*Counsel of Record:*

Steven P. Calkins, Esq.
Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
*Counsel for Plaintiff*

Kirk M. H. Lyons, Esq.
Lyons & Flood
65 West 36th Street, 7th Floor
New York, NY 10018
*Counsel for Defendant M/V/ Dubai Jewel*

Randolph H Donatelli
Cichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006
*Counsel for Defendant SM China Ltd.*