LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendants
JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT
LLC, and OASIS MARITIME SERVICES LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,                                    ECF CASE

                Plaintiff,                            07 Civ. 5835 (WHP) (KNF)

- against -

M/V DUBAI JEWEL, her engines, boilers, tackle,
etc., JEWEL MARITIME LTD., OASIS SHIP
MANAGEMENT LLC, OASIS MARITIME
SERVICES LLC, SM CHINA CO., LTD.,

                Defendants.
------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendants JEWEL MARITIME LTD. ("JEWEL"), OASIS SHIP MANAGEMENT LLC, and OASIS MARITIME SERVICES LLC, certifies upon information and belief that said defendants are not publicly held corporations in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendants which are otherwise publicly held in the United States.

Dated: January 15, 2008

LYONS & FLOOD, LLP
Attorneys for Defendants
JEWEL MARITIME LTD., OASIS SHIP
MANAGEMENT LLC, and OASIS MARITIME
SERVICES LLC

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2563038\Pleadings\Rule 7.1.doc