LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendants
JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT
LLC, and OASIS MARITIME SERVICES LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,                                       ECF CASE

               Plaintiff,                         07 Civ. 5835 (WHP) (KNF)

  - against -

M/V DUBAI JEWEL, her engines, boilers, tackle,
etc., JEWEL MARITIME LTD., OASIS SHIP
MANAGEMENT LLC, OASIS MARITIME
SERVICES LLC, SM CHINA CO., LTD.,

               Defendants.
------------------------------------------------------------X

## ANSWER TO CROSS-CLAIM OF SM CHINA CO., LTD.

Defendants JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, and OASIS MARITIME SERVICES LLC, by their attorneys, Lyons & Flood, LLP, as and for their Answer to the Cross-Claim of defendant SM CHINA CO., LTD. allege upon information and belief as follows:

    1.    Deny each and every allegation contained in paragraphs 16, 17, and 18 of defendant SM CHINA CO., LTD.'s Amended Answer with Cross-Claims.

### FIRST AFFIRMATIVE DEFENSE

    2.    The Cross-Claims fail to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

3. The Court lacks jurisdiction over defendants *in personam*.

## THIRD AFFIRMATIVE DEFENSE

4. Defendants incorporate their Answer, including Affirmative Defenses, to the Verified Complaint as if fully set forth herein.

WHEREFORE, defendants JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, and OASIS MARITIME SERVICES LLC pray:

a. that judgment be entered dismissing defendant SM CHINA CO., LTD.'s Cross Claims in their entirety and awarding defendants JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, and OASIS MARITIME SERVICES LLC their costs and disbursements incurred in this matter; and

b. that defendants JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, and OASIS MARITIME SERVICES LLC have such other, further and different relief as this Court may deem just and proper.

Dated: January 15, 2008

>LYONS & FLOOD, LLP
>Attorneys for Defendants
>JEWEL MARITIME LTD., OASIS SHIP
>MANAGEMENT LLC, and OASIS MARITIME
>SERVICES LLC
>
>By: *Kirk M. Lyons*
>Kirk M. Lyons (KL-1568)
>65 West 36th Street, 7th Floor
>New York, New York 10018
>(212) 594-2400

U:\kmhldocs\2563038\Pleadings\Answer to SM China v2.doc

## CERTIFICATE OF SERVICE

Kirk M. Lyons, an attorney duly admitted to practice before this Honorable Court, affirms on this 15th day of January 2008, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, to:

KINGSLEY KINGSLEY & CALKINS
Attorneys for Plaintiff
MAN FERROSTAAL, INC.
91 West Cherry Street
Hicksville, NY 11801

CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
Attorneys for Defendant
SM CHINA CO. LTD.
61 Broadway, Suite 3000
New York, NY 10006

_____
Kirk M. Lyons

U:\kmhldocs\2563038\Pleadings\Answer to SM China v2.doc