9042/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

Attorneys for Defendant SM China Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.<br><br>Plaintiffs,<br><br>- against -<br><br>M/V DUBAI JEWEL, her engines, boilers, tackle, etc., JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, OASIS MARITIME SERVICES LLC, SM CHINA CO., LTD.<br><br>Defendants. | 07 Civ. 5835 (WHP) (KNF)<br><br>**ANSWER TO CROSS CLAIM** |

Defendant SM China Co. Ltd. ("SM China"), by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, answering the cross-claim of defendants Jewel Maritime Ltd., Oasis Ship Management LLC, and Oasis Maritime Services LLC, alleges upon information and belief as follows:

1. Denies the allegations of paragraph 24.

2. Denies the allegations of paragraph 25.

**FIRST AFFIRMATIVE DEFENSE**

3. This Court lacks subject matter jurisdiction under the Foreign Sovereign Immunities Act, and SM China preserves all defenses under said act.

WHEREFORE, SM China prays for:

(a) An order dismissing the cross-claim;

(b) An award of all costs including attorneys' fees;

(c) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
January 25, 2008

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant SM China Co. Ltd.

By: s/ Randolph H. Donatelli
Randolph H. Donatelli (RHD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

To: Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, New York 11801
(516) 931-0064

Lyons & Flood
65 W. 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

## CERTIFICATE OF SERVICE BY ECF AND U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On January 25, 2007, I served a complete copy of Defendant SM China Co. Ltd.'s Answer to Cross Claim by ECF and U.S. Mail to the following attorney at their ECF registered address and by regular U.S. Mail at the following address:

To: Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, New York 11801
(516) 931-0064

Lyons & Flood
65 W. 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

*Jennifer Scianna*
Jennifer Scianna

DATED: New York, New York
January 25, 2008