USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,

- against -

M/V DUBAI JEWEL, her engines, boilers, tackle,
etc., JEWEL MARITIME LTD., OASIS SHIP
MANAGEMENT LLC, OASIS MARITIME
SERVICES LLC, SM CHINA CO., LTD.,

                Defendants.
-----------------------------------------------------------X

ECF CASE

07 Civ. 5835 (WHP) (KNF)

**AMENDED**
**SCHEDULING ORDER**

WILLIAM H. PAULEY, III, District Judge:

Counsel for all defendants having requested an extension of the deadlines set forth in the Initial scheduling order dated November 9, 2007, the following schedule is established:

1. The parties shall complete all discovery by July 31, 2008;

2. The parties shall submit a joint pre-trial order in accord with this Court's Individual Rules and Practices by August 30, 2008; and

3. A final pre-trial conference shall be held on September 19, 2008 at 10:30 a.m.

Dated: New York, New York
      April 17, 2008

SO ORDERED:

_____
WILLIAM H. PAULEY, III
U.S.D.J.