USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAN FERROSTAAL, INC.,

                Plaintiff,

- against -

M/V DUBAI JEWEL, her engines, boilers, tackle, etc., JEWEL MARITIME LTD., OASIS SHIP MANAGEMENT LLC, OASIS MARITIME SERVICES LLC, SM CHINA CO., LTD.,

                Defendants.
------------------------------------------------------------X

ECF CASE

07 Civ. 5835 (WHP) (KNF)

**AMENDED SCHEDULING ORDER**

WILLIAM H. PAULEY, III, District Judge:

      Counsel for all defendants having requested an extension of the deadlines set forth in the Amended scheduling order dated April 17, 2008, the following schedule is established:

1. The parties shall complete all discovery by September 30, 2008;

2. The parties shall submit a joint pre-trial order in accord with this Court's Individual Rules and Practices by October 31, 2008; and

3. A final pre-trial conference shall be held on November 14, 2008 at 11:00 a.m.

Dated: New York, New York
       July 28, 2008

                              SO ORDERED:

                              WILLIAM H. PAULEY, III
                              U.S.D.J.